DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMARA RICHE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3600

[July 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Loy Roby, Judge; L.T. Case No. 432023CF000682CFAXMX.

Daniel Eisinger, Public Defender, West Palm Beach, and Benjamin Eisenberg, Assistant Public Defender, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***